## Commonwealth v. Green, Appellant.

Before GELFAND, J., without a jury.

Argued September 11, 1975. *Stanley M. Shingles*, with him *Fineman & Fineman*, for appellant; *Francis C. Barbieri, Jr.*, Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Hickey, Appellant.

Before BODLEY, J.

Argued September 9, 1975. *James A. Downey, III*, Assistant Public Defender, for appellant; *Stephen B. Harris*, First Assistant District Attorney, with him *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Jamieson, Appellant.

Before WAJERT, J.

Argued September 10, 1975. *Lawrence A. Goldberg*, for appellant; *William H. Mitman*, for appellee.

Order affirmed.